# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

October 29, 2014

By the Court:

No. 14-1049

BRUCE CARNEIL WEBSTER,
    *Petitioner-Appellant*,

    *v.*

JOHN F. CARAWAY, Warden, United States
Penitentiary, Terre Haute,
    *Respondent-Appellee*.

Appeal from the United
States District Court for the
Southern District of Indiana,
Terre Haute Division.

No. 2:12-cv-86-WTL-WGH
William T. Lawrence, *Judge*.

**Order**

The petition for rehearing en banc is granted. The opinion and judgment entered by the panel are vacated. Oral argument will be heard on a date to be set by further order.